| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle Initial) Pregerson, Dean D | 2. Court or Organization Central District of California | 3. Date of Report 6/29/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5. ReportType (check appropriate type) ( ) Nomination, Date ( ) Initial (•) Annual ( ) Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address United States Courthouse 312 N. Spring Street Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date____.____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Smith Barney #3 & #4 U/CA/UTMA |
| 2. | Advisory Board Member | Salvation Army Los Angeles Metropolitan Advisory Board |
| 3. | Advisory Board Member | GSA/Salvation Army Bell Homeless Shelter |
| 4. | Custodian | Bear Stearns #3 & #4 UTMA/CA |
| 5. | Board of Trustees | Windward School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

RECEIVED 2004 OCT 20 P 12: 22 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 12/31/04 | Product Demonstrator |
| 2. | 12/31/04 | Self Employed-College Counselor |
| 3. | 12/31/04 | Consultant-Salvation Army |
| 4. | 12/31/04 | Freshman Application Reader-UCLA |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pregerson, Dean D | 6/29/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Smith Barney | Margin Account | J |
| 2. Citi-Bank | Credit Card | K |

# FINANCIAL DISCLOSURE REPORT
## Page 2 of 3

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 6/29/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Smith Barney Hewlett Packard -Common | | none | | | sold | 1/03 | K | C | |
| 20. Smith Barney Agilent Technologies INC | | none | | | sold | 1/03 | J | | |
| 21. Smith Barney Microsoft Common | B | Dividend | N | T | | | | | |
| 22. Smith Barney/Sanmina Corp Common/merged with SCI 12/07 Sys | | none | | | sold | 1/03 | J | | |
| 23. Smith Barney Cisco Systems Common | | none | | | sold | 1/03 | K | D | |
| 24. Smith Barney #3-U/CA/UTMA-Tiger S | | none | K | T | | | | | |
| 25. Smith Barney#3(DC)-U/CA/UTMA-Wendys International | | none | J | T | | | | | |
| 26. Smith Barney#3(DC)-U/CA/UTMA-Isral Due2014 7th Dev Bond | A | Interest | J | T | | | | | |
| 27. Fidelity Investments #3 UTMA CA- Spartan Index Fund | A | Dividend | J | T | | | | | |
| 28. Fidelity Investments #3 UTMA CA-Janus Fund | | none | J | T | | | | | |
| 29. Fidelity Investments #3 UTMA CA-Janus Olympus Fund | | none | K | T | | | | | |
| 30. Fidelity Investments #4 UTMA CA -Spartan Index Fund | A | Dividend | J | T | | | | | |
| 31. Fidelity Investments #4 UTMA CA - Janus Twenty | A | Dividend | J | T | | | | | |
| 32. Fidelity Investments #4 UTMA CA Janus Fund | | none | J | T | | | | | |
| 33. Fidelity Investments #4 UTMA Janus Olympus Fund | | none | K | T | | | | | |
| 34. Smith Barney IRA #2-Fid Cap Pen Part hnt9/90-$5,000 | | None | | | liquidated | 12/03 | J | | please see note in part VIII |
| 35. Smith Barney IRA#2 SB Money Cash Portfolio | A | Interest | J | T | | | | | |
| 36. Smith Barney IRA #2 Alliance Worldwide Fund B | A | Interest | J | T | | | | | |

1. Income/Gain Codes   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Global Crossing Stock was worth nothing when we sold it on 12/31/2003. We had a complete loss of our investment.

Fiduciary Capital Pennison Partnership has liquidated all of its assets.

Line 18 has been deleted because value is below reportable threshold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date  10-14-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-18 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 |

| 1. Person Reporting (Last name, First name, Middle initial) Pregerson, Dean D | 2. Court or Organization Central District of California | 3. Date of Report 6/29/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | appropriate ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address United States Courthouse 312 N. Spring Street Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Smith Barney #3 & #4 UICA/UTMA |
| 2. Advisory Board Member | Salvation Army Los Angeles Metropolitan Advisory Board |
| 3. Advisory Board Member | OSA/Salvation Army Bell Homeless Shelter |
| 4. Custodian | Bear Stearns #3 & #4 UTMA/CA |
| 5. Board of Trustees | Windward School |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2004 JUL -- A 1:0.

FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Progerson, Dean D | 6/29/2004 |

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☒ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/04 | Product Demonstrator |
| 2. | 12/31/04 | Self Employed-College Counselor |
| 3. | 12/31/04 | Consultant-Salvation Army |
| 4. | 12/31/04 | Graduate Application Reader-UCLA |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Progerson, Dean D | 6/29/2004 |

**.  GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT
Page 1 of 3

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 6/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Smith Barney IRA/#1 Smith Barney Money Fund Cash Portfolio | B | Dividend | M | T | | | | | |
| 2. Smith Barney IRA/#1 GNMA 10/1/25 | A | Interest | J | T | | | | | |
| 3. Smith Barney IRA/#1 Franklin CA Growth Fund | A | Dividend | K | T | | | | | |
| 4. Smith Barney IRA/#1 Aggressive Growth A | | None | K | T | | | | | |
| 5. Smith Barney IRA/#1 Smith Barney Small Cap Blend B | A | Dividend | K | T | | | | | |
| 6. AT&T Corp AT&T Wireless Group | | None | J | T | | | | | |
| 7. Smith Barney IRA/#1 Intel Corp.Common | | None | L | T | | | | | |
| 8. Smith Barney IRA/#1 James Mercury Fund | A | Dividend | K | T | | | | | |
| 9. Smith Barney IRA/#1 Global Crossing LTD Common | | None | J | T | bankrupt | 12/03 | | | see note in part VIII |
| 10. Smith Barney IRA/#1 Microsoft Common | A | Dividend | M | T | | | | | |
| 11. Smith Barney IRA/#1 Citigroup | B | Dividend | L | T | | | | | |
| 12. Smith Barney IRA/#1 Alliance Worldwide Privatization Fun | A | Dividend | K | T | | | | | |
| 13. Smith Barney IRA/#1 The James Fund | C | Dividend | M | T | | | | | |
| 14. Smith Barney IRA/#1 Federal Express Common | A | Dividend | K | T | | | | | |
| 15. Smith Barney IRA/#1 Strips-Tint US Treas | D | Interest | L | T | | | | | |
| 16. Smith Barney IRA/#1 Fiduciary Cap Pen/Pat Bot 9/90,$5,000 | | | J | R | liquidated | 12/03 | J | A | see note in part VIII |
| 17. Smith Barney IRA/#1 Travelers PPTY CAS Corp CL A and B | | None | J | T | | | | | |
| 18. Smith Barney Money Funds Cash Portfolio | | | | | | | | | |

1. Income/Gain Codes: A – $1,000 or less    B – $1,001-$2,500    C – $2,501-$5,000    D – $5,001-$15,000    E – $15,001-$50,000
(See Columns B1 and D4) F – $50,001-$100,000    G – $100,001-$1,000,000    H1 – $1,000,001-$5,000,000    H2 – More than $5,000,000
2. Value Codes:    J – $15,000 or less    K – $15,001-$50,000    L – $50,001-$100,000    M – $100,001-$250,000
(See Columns C1 and D3) N – $250,000-$500,000    O – $500,001-$1,000,000    P1 – $1,000,001-$5,000,000    P2 – $5,000,001-$25,000,000
P3 – $25,000,001-$50,000,000    P4 – More than $50,000,000
3. Value Method Codes    Q – Appraisal    T – Cash/Market

# FINANCIAL DISCLOSURE REPORT
## Page 2 of 3

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 6/29/2004 |

## II. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-F) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Smith Barney Hewlett Packard -Common | | | | | sold | 1/03 | K | C | |
| 20. Smith Barney Agilent Technologies INC | | | | | sold | 1/04 | J | | |
| 21. Smith Barney Microsoft Common | B | Dividend | N | T | | | | | |
| 22. Smith Barney/Sanmina Corp Common/merged with SCI 12/17 Sys | | | | | sold | 1/03 | J | | |
| 23. Smith Barney Cisco Systems Common | | | | | sold | 1/03 | K | D | |
| 24. Smith Barney #3-U/CA/UDMA-Tiger S | | | K | T | | | | | |
| 25. Smith Barney#3(DC)-U/CA/UTMA-Wendys International | | | J | T | | | | | |
| 26. Smith Barney#3(DC)-U/CA/UTMA-Isral Dec2014 7th Dev Bond | A | Interest | J | T | | | | | |
| 27. Fidelity Investments #3 UTMA CA- Spartan Index Fund | A | Dividend | J | T | | | | | |
| 28. Fidelity Investments #3 UTMA CA-Janus Fund | | | J | T | | | | | |
| 29. Fidelity Investments #3 UTMA CA-Janus Olympus Fund | | | K | T | | | | | |
| 30. Fidelity Investments #4 UTMA CA -Spartan Index Fund | A | Dividend | J | T | | | | | |
| 31. Fidelity Investments #4 UTMA CA - Janus Twenty | A | Dividend | J | T | | | | | |
| 32. Fidelity Investments #4 UTMA CA Janus Fund | | | J | T | | | | | |
| 33. Fidelity Investments #4 UTMA Janus Olympus Fund | | | K | T | | | | | |
| 34. Smith Barney IRA #2-Fid Cap Pen Part Int9/90-$5,000 | | | J | R | liquidated | 12/03 | J | A | please see note in part VIII |
| 35. Smith Barney IRA/#2 SB Money Cash Portfolio | A | Interest | J | T | | | | | |
| 36. Smith Barney IRA #2 Alliance Worldwide Fund B | A | Interest | J | T | | | | | |

1. Income/Gain Codes (See Columns B1 and D4)  
A = $1,000 or less  
B = $1,001-$2,500  
C = $2,501-$5,000  
D = $5,001-$15,000  
E = $15,001-$50,000  
F = $50,001-$100,000  
G = $100,001-$1,000,000  
H1 = $1,000,001-$5,000,000  
H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)  
J = $15,000 or less  
K = $15,001-$50,000  
L = $50,001-$100,000  
M = $100,001-$250,000  
N = $250,000-$500,000  
O = $500,001-$1,000,000  
P1 = $1,000,001-$5,000,000  
P2 = $5,000,001-$25,000,000  
P3 = $25,000,001-$50,000,000  
P4 = More than $50,000,000

E = Cost (Real Estate Only)  
S = Assessment  
T = Cash/Market

# FINANCIAL DISCLOSURE REPORT
## Page 3 of 3

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | |

## II. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. (including trust assets) from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 7. Smith Barney IRA #2 SB Aggressive Growth Fund | | | J | T | | | | | |
| 8. MFS/SunLife of Canada (US) Variable Annuity Non | | | M | T | | | | | |
| 9. Fidelity Investments Variable Annuity Non | | | M | T | | | | | |
| 10. Minnesota Mutual Life Adjustable Life 111 Policy | | None | K | T | | | | | |
| 11. Northern Trust Securities, Inc. #3 UTMA/CA Money Market Cash | A | Dividend | J | T | | | | | |
| 12. Northern Trust Securities, Inc. #3 UTMA/CA Intel Corp | A | Dividend | J | T | | | | | |
| 13. Northern Trust Securities, Inc. #3 UTMA/CA Wellman | A | Dividend | J | T | | | | | |
| 44. Northern Trust Securities, Inc. #3 UTMA/CA Pfizer Inc. | A | Dividend | J | T | | | | | |
| 45. Northern Trust Securities, Inc. #4 UTMA/CA Money Market Cash | A | Interest | J | T | | | | | |
| 46. Northern Trust Securities, Inc. #4 UTMA/CA Intel Corp | A | Dividend | J | T | | | | | |
| 47. Northern Trust Securities, Inc. #4 UTMA/CA Pfizer Inc. | A | Dividend | J | T | | | | | |
| 48. Northern Trust Securities, Inc. #4 UTMA/CA Wellman | A | Dividend | J | T | | | | | |
| 49. Northern Trust Securities, Inc. #4 UTMA/CA Microsoft Corp. | A | Dividend | J | T | | | | | |
| 50. Northern Trust Securities, Inc. #3 UTMA/CA Microsoft Corp | A | | J | T | | | | | |

1. Income/Gain Codes.
(See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes
(See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Progosion, Dean D | 6/29/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Global Crossing Stock was worth nothing when we sold it on 12/31/2003. We had a complete loss of our investment.

Fiduciary Capital Premium Partnership has liquidated all of its assets.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pregerson, Dean D | 5/29/2004 |

## X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date ___6-29-04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544